# UNITED STATES DISTRICT COURT
## District of Maine

| | | |
|---|---|---|
| **ROBERT LEON RAYMOND, JR.,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| **v.** | ) | **No. 2:12-cv-374-GZS** |
| | ) | |
| **CAROLYN W. COLVIN, Acting** | ) | |
| **Commissioner Of Social Security,** | ) | |
| | ) | |
| **Defendant** | ) | |

## ORDER AFFIRMING THE
## <u>RECOMMENDED DECISION OF THE MAGISTRATE JUDGE</u>

The United States Magistrate Judge filed with the Court on December 31, 2013, his Recommended Decision (ECF No. 28). Plaintiff filed his Objection to the Recommended Decision (ECF No. 29) on January 17, 2014. Defendant filed its Response to Plaintiff's Objection to the Recommended Decision (ECF No. 30) on January 31, 2014.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a <u>de novo</u> determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2.      It is hereby **ORDERED** that the Decision of the Commissioner is **AFFIRMED**.


/s/George Z. Singal
U.S. District Judge

Dated this 4th day of February, 2014.